UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

25cr26 ADM/DJF

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **INDICTMENT** |
| Plaintiff, ) | 8 U.S.C. § 1326(a) |
| v. ) | 8 U.S.C. § 1326(b)(2) |
| JOSE ALFREDO OJEDA-GARCIA, ) | |
| Defendant. ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Reentry of Removed Alien—Prior Aggravated Felony)

On or about January 22, 2025, in the State and District of Minnesota, the defendant,

**JOSE ALFREDO OJEDA-GARCIA,**

an alien, was found in the United States after having been removed therefrom on or about April 25, 2012, May 26, 2021, and January 29, 2022, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States, and whose removal was subsequent to a conviction for commission of an aggravated felony, namely:



*United States v. Jose Alfredo Ojeda-Garcia*

| Offense | Jurisdiction | Date of Conviction (On or About) |
|---|---|---|
| Criminal Sexual Conduct-3rd Degree | Faribault County, Minnesota | April 16, 2012 |

all in violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(2).

A TRUE BILL

_____   _____
ACTING UNITED STATES ATTORNEY    FOREPERSON