AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| United States of America | ) |
|---|---|
| v. | ) |
| Jose Alfredo Ojeda-Garcia | ) Case No. 25-cr-26 (ADM/DJF) |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Jose Alfredo Ojeda-Garcia                                                       ,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment          ☐ Superseding Indictment      ☐ Information       ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition      ☐ Violation Notice    ☐ Order of the Court
                                                                                   ☐ Pretrial Release Violation Petition

This offense is briefly described as follows:

Count 1- Reentry of Removed Alien-Prior Aggravated Felony, 8:1326(a) and 1326(b)(2).

Date: 02/04/2025

*Issuing officer's signature*

City and state:   Minneapolis, Minnesota            Kate M. Fogarty, Clerk of Court
                                                   *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
                                                  _____
                                                  *Arresting officer's signature*

                                                  _____
                                                  *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____